IN THE

# SUPREME COURT

OF

# OREGON.

Submitted on motion to strike brief February 28, allowed April 8, 1919.

## CLATSOP COUNTY *v.* WUOPIO.*

(179 Pac. 657.)

**Appeal and Error—Filing Brief—Time—Dismissal.**

1. Respondent's brief filed after the 20 days from service of appellants' brief allowed by Supreme Court Rule 8 (89 Or. 713, 173 Pac. viii) will be stricken on motion; time not having been extended.

From Clatsop: JAMES A. EAKIN, Judge.

In Banc.

On motion to strike respondent's brief.

ALLOWED.

*Mr. J. J. Barrett* and *Mr. E. E. Mathison,* for the motion.

*Mr. Edw. C. Judd,* Dist. Atty., *contra.*

PER CURIAM.—1. The defendants appealed from a judgment rendered against them, and on September 18, 1918, served the plaintiff with a copy of their brief on appeal, and filed the required num-

---

*This opinion should have been published in 95 Or. 30, where the opinion on the merits is found.                         REPORTER.

96 Or.—1

ber of copies with the clerk of this court. No brief was filed by the plaintiff until January 27, 1919. Defendants move to strike said brief from the files because not filed within the time prescribed by Rule 8 of this court (89 Or. 713, 173 Pac. 8), which requires the respondent to file his brief within twenty days from the service of the appellant's brief upon him, unless the time for filing has been extended. The record does not show any extension of time and no reason for the long delay is given by the respondent; therefore, the motion to strike must be allowed.                    MOTION ALLOWED.